# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVAN L. DENENBERG, <br><br> Plaintiff, <br><br> v. <br><br> CITIBANK, N.A., <br><br> Defendant. | Case No.: 19cv2063-MMA (NLS) <br><br> **ORDER GRANTING JOINT MOTION TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** <br><br> [Doc. No. 12] |

On January 22, 2020, the parties filed a joint motion to permit Plaintiff Stevan L. Denenberg ("Plaintiff") to file a First Amended Complaint ("FAC"). *See* Doc. No. 12. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. The Clerk of Court is instructed to file Plaintiff's FAC (lodged as Doc. No. 12-1) on the docket as a separate entry. Defendant Citibank, N.A. must respond to Plaintiff's FAC on or before **February 21, 2020**.

**IT IS SO ORDERED.**

Dated: January 22, 2020

HON. MICHAEL M. ANELLO
United States District Judge