UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| STEVAN L. DENENERG, | Case No.: 19cv2063-MMA (NLS) |
|---|---|
| Plaintiff, | **ORDER CONVERTING MANDATORY SETTLEMENT CONFERENCE TO BE VIA TELECONFERENCE** |
| v. | |
| CITIBANK, N.A., | |
| Defendant. | |

A mandatory settlement conference ("MSC") is set in this case for February 16, 2021 at 2:00 p.m. ECF No. 11. In light of the Chief Judge Orders regarding suspension of certain in-person proceedings due to the Covid-19 pandemic, the Court **CONVERTS** the MSC to be held **via videoconference** for all attendees, per instructions below. *See* Chief Judge Order Nos. 18, 24, 27, 30, 33, 34, 40, 42, 47, 50, 52, 52A, 52B, 52C. The videoconference MSC will remain as previously scheduled on **February 16, 2021** at **2:00 p.m.** and the parties shall follow the following procedures:

1. The Court will use its official Zoom video conferencing account to hold the MSC. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings). Participants **must use laptops or desktop computers** for the conference. Participants are encouraged to create an account, install Zoom and familiarize themselves with

Zoom in advance of the MSC.[1]  There is a cost-free option for creating a Zoom account.

2.	Prior to the start of the MSC, the Court will email each participant an invitation to join a Zoom video conference.  Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**.  Zoom may then prompt participants to enter the password included in the invitation.  All participants will be placed in a waiting room until the MSC begins.

3.	Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the MSC to ensure that the conference begins promptly at 2:00 p.m.  **The Zoom e-mail invitation may indicate an earlier start time, but the MSC will begin at the Court-scheduled time.**

4.	Zoom's functionalities will allow the Court to conduct the MSC as it ordinarily would conduct an in-person one.  The Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[2]  In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence.  Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5.	No later than **seven days before the MSC**, counsel for each party shall send an e-mail to the Court at efile_stormes@casd.uscourts.gov containing the following:

---

[1]	For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

[2]	For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

      i. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

      ii. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

      iii. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference. (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

6. All participants shall display the same level of professionalism during the MSC and be prepared to devote their full attention to the MSC as if they were attending in person.

**IT IS SO ORDERED.**

Dated: February 1, 2021

/s/ Nita L. Stormes
Hon. Nita L. Stormes
United States Magistrate Judge