# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVAN L. DENENBERG,<br><br>                          Plaintiff,<br>v.<br>CITIBANK, N.A., et al.,<br><br>                          Defendants. | Case No.: 19-cv-2063-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 35] |

On April 14, 2021, Plaintiff and Defendant Citibank, N.A. filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this case in its entirety with prejudice.  Each party shall bear their own costs and attorney's fees.  The Court further **DIRECTS** the Clerk of Court to terminate all pending motions and deadlines and close this case.

**IT IS SO ORDERED.**

Dated:  April 14, 2021

*/s/ Michael M. Anello*
HON. MICHAEL M. ANELLO
United States District Judge